THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN JOBISSY, Appellant, against THOMAS H. MURPHY, as Warden of Clinton Prison, Respondent.

(Submitted March 3, 1936; decided March 10, 1936.)

Motion for reargument denied. (See 268 N. Y. 695.)

In the Matter of AMERICAN DRYICE CORPORATION, Appellant, against PETER SCHMUCK a Justice of the Supreme Court of the State of New York, Respondent.

(Argued January 8, 1936; decided March 17, 1936.)

*Jay Leo Rothschild, Louis Rivkin* and *Arthur S. Jarcho* for appellant.

No appearance for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.